Rule 1.1901 — Form 1: *Form of Original Notice for Personal Service*

IN THE IOWA DISTRICT COURT FOR __SCOTT__ COUNTY

| Plaintiff(s), PIN  Raya Nsheiwat | No. __LACE133008 (Law)__ |
|---|---|
| vs. | (INSERT "LAW" OR "EQUITY") |
| Defendant(s), PIN  Walmart, Inc. | ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff(s) is __Self Represented__, whose address is __803 Bridgeview Place, Le Claire__ Iowa __52753__. That attorney's telephone number is __563-505-0824__; facsimile number _____.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for __SCOTT__ County, at the county courthouse in __Davenport__, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at _____. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(SEAL)

CLERK OF COURT
_____ County Courthouse
_____, Iowa _____

**IMPORTANT**

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

E-FILED 2020 JUL 07 2:16 PM SCOTT - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACE133008
County Scott

Case Title NSHEIWAT RAYA VS WALMART INC

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (563) 326-4145 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued 07/07/2020 02:16:54 PM



District Clerk of Scott     County
/s/ Jeannine Leibold

E-FILED 2020 JUL 06 11:54 AM SCOTT - CLERK OF DISTRICT COURT

## IN THE DISTRICT COURT OF SCOTT COUNTY, IOWA
## LAW & EQUITY DIVISION

| | |
|---|---|
| RAYA NSHEIWAT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| WALMART, INC., | ) ) ) |
| Defendant. | ) ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, **RAYA NSHEIWAT** ("Plaintiff"), and complaining of the Defendant, **WALMART, INC.** ("Defendant"), she states the following in support of her demand for damages:

### INTRODUCTION

This case concerns a mega corporation's refusal to acknowledge and support the existence of a human life. On July 9, 2018, Plaintiff visited Defendant's store located in Davenport, Iowa to purchase various products. While exiting Defendant's premises, Plaintiff slipped and fell on a hanger which Defendant caused to be left on the ground of its parking lot near the shopping cart corral. The results of this fall were catastrophic. Specifically, after sustaining the fall, Plaintiff has been left bed ridden, unable to work, unable to drive, limited mobility, pain at the highest level, numerous medical visits, steroid injections, pain killers, loss of wages, and a prospective necessity to undergo extensive invasive surgical procedures. When brought to Defendant's attention, Defendant chose to ignore this incident, delayed responding to Plaintiff and her representatives, and have chosen to take the position that Plaintiff is essentially unharmed. Plaintiff has exhausted all attempts at resolving this matter outside of Court, but, based on Defendant's refusal to properly address this issue, the instant Complaint is being filed

herein. As this case will demonstrate, Defendant's ignoring, delays, and refusal to acknowledge the extent of the damages sustained by Plaintiff as a result of its negligence, has led to increased damages to Plaintiff. Plaintiff additionally lacks the funds, due to her unemployability and inability to work, to seek and receive the appropriate medical treatment for her injuries. Plaintiff seeks payment for the extensive damages sustained through this Complaint.

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of $50,000.00, exclusive of interest, costs and attorney's fees.

2. Plaintiff, Raya Nsheiwat, is an adult citizen of the United States and of the State of Iowa, and is a resident of Scott County.

3. Defendant, Wal-Mart Stores, Inc., (hereinafter "Wal-Mart") is a foreign corporation which at all material times conducted business in the State of Iowa and is subject to jurisdiction in Iowa as it has committed a tort in Iowa.

4. On or about July 9, 2018 (07/09/2018), the defendant, Wal-Mart, was the owner and operator of Wal-Mart Store #1241, located in Davenport, Scott County, Iowa.

5. On that date, Plaintiff was a customer at store #1241 and went onto Wal-Mart's premises to shop. While there, Plaintiff slipped and fell as a result of a hanger left on the floor of the parking lot immediately adjacent to the cart corral in which she was returning her shopping cart.

6. Solely as a result of the failure of the defendant, Wal-Mart, to properly clear all common areas of materials or items which could cause injury, Plaintiff sustained serious and severe injuries to her person, including, but not limited to, the

following: lower back pain rated 9.5/10, right knee pain extending down to her ankles, right shoulder pain, broad disc bulges in the L3-4, L4-5, L5-S1 regions, hypertrophic facet degenerative changes, central canal stenosis, cysts in the S2 region, and a tear in her spine, in addition to other serious and severe personal injuries. She continues to experience pain when walking, is unable to drive or carry on normal activities of daily living, and is homebound with limited mobility.

7. Solely as a result of the injuries aforementioned, the Plaintiff has incurred damages, including but not limited to:

   i. Medical expenses;
   ii. Lost wages;
   iii. She has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;
   iv. She has, may, and probably will for an indefinite time in the future be deprived of her ability to work and make a living for herself;
   v. She has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity; and
   vi. Her overall health, strength, and vitality have been greatly impaired.

## COUNT I – NEGLIGENCE

8. Plaintiff incorporates all General Allegations outlined above as Paragraphs 1-7 by reference as if pleaded fully herein.

9. On and before July 9, 2018, and during all times relevant to this Complaint, the Defendant, Wal-Mart Stores, Inc., (hereinafter "Wal-Mart) offered retail shopping services at its various store locations to the public and to the Plaintiff, Raya Nsheiwat, and employed various employees, staff, and/or agents in the provision of such retail services.

10. On and before July 9, 2018, and during all times relevant to this Complaint, the agents, servants and/or employees employed by the defendant, Wal-Mart, acted within the scope of their agency, service and/or employment in the provision of retail shopping services offered by the defendant, Wal-Mart, and were subject to the same rules, standards, federal and state laws applicable to the defendant, Wal-Mart.

11. On and before July 9, 2018, and during all times relevant to this Complaint, the agents, servants and/or employees employed by the defendant, Wal-Mart Stores, Inc., while acting within the scope of their agency, service and/or employment, had a duty to possess and apply the skill and knowledge of a reasonably well-qualified retail staff and to ensure that the store premises was kept free of undue dangers and/or hazards which could injure a patron.

12. That on July 9, 2018, the agents, servants and/or employees employed by the defendant, Wal-Mart Stores, Inc., while acting within the scope of their agency, service and/or employment, disregarded this duty and failed to keep the premises of location #1241 free of undue dangers and/or hazards.

13. Disregarding its duties, Wal-Mart, by and through its agents, servants and/or employees, whether actual or apparent, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, Raya Nsheiwat, a safe and level parking lot and sidewalk, free from hazards which were recognized or should have been recognized by the Defendant, Wal-Mart, its agents, servants and/or employees, whether actual or apparent, as causing or likely to cause the serious physical harm to the Plaintiff, Raya Nsheiwat, and others;

    b. Failing to maintain the store parking lot in a safe condition to ensure that the Plaintiff would not be caused to slip and fall as a result of material which existed on the floor and which was known and should have been known to the Defendant;

    c. Failing to properly inspect the parking lot wherein the Plaintiff was caused to fall as a result of not removing items or materials which could cause injury;

    d. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

    e. Failing otherwise to comply with the applicable laws and regulations of the State of Iowa and the applicable Federal laws and regulations;

    f. Otherwise failing to exercise the degree of care required under the circumstances; and

    g. Otherwise being negligent.

14. As a direct and proximate result of one or more of Defendant's foregoing careless and negligent acts and/or omissions the Plaintiff, Raya Nsheiwat, sustained the injuries, losses, and damages more fully enumerated and described above, without any negligence of the Plaintiff contributing thereto.

WHEREFORE, the Plaintiff, Raya Nsheiwat, demands judgment against the Defendant, Wal-Mart Stoes, Inc., in an amount greater than $50,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgment interest, and for any further relief that this Honorable Court deems appropriate.

Respectfully submitted,

*Raya Nsheiwat*

Raya Nsheiwat, Pro Se

Raya Nsheiwat
803 Bridgeview Place
LeClaire, IA 52753

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

CASE NO.: LACE133008

### AFFIDAVIT OF SERVICE

**RAYA NSHEIWAT**

    Plaintiff/Petitioner,

VS.

**WALMART, INC.**

    Defendant/Respondent.

_____/

Received by **Absolute Serving** on **07/13/2020** to be served upon:

**WALMART, INC.**

**IOWA**
**POLK** ss.

I, **DANIELLE NALL**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **07/13/2020** at **02:25 PM**, I served the within **ORIGINAL NOTICE; COMPLAINT AT LAW** on **WALMART, INC.** at **400 E COURT AVE, STE 110, Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

**NAME: LISA DARRELL @ CT CORPORATION SYSTEM TITLE/RELATION: REGISTERED AGENT**

Fee For Service: **$50.00**

Sworn to and subscribed before me on this
13th day of July, 2020
by an affiant who is personally known to me
or produced identification.

_____
NOTARY PUBLIC

X _Danielle Nall_
DANIELLE NALL
Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA 50314

Atty File#: **NSHEIWAT** - Our File# **30864**



**JULIA MCMAHON**
Commission Number 741404
My Commission Expires
6-23-2024

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| RAYA NSHEIWAT,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | NO. LACE133008<br><br><br><br>APPEARANCE OF<br>BENJAMIN M. WESTON |

Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendant Walmart Inc.

**LEDERER WESTON CRAIG PLC**

By /s/ Benjamin M. Weston

Benjamin M. Weston, AT0009704
4401 Westown Parkway, Suite 212
West Des Moines, IA 50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail: bweston@lwclawyers.com

***ATTORNEYS FOR DEFENDANT***

Original filed.

Copy to:

Raya Nsheiwat
803 Bridgeview Place
LeClaire, Iowa 52753
Telephone: 563-505-0824
***PRO SE***

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was electronically filed with the Court on 7-20-2020 using the CM/ECF system and served to the parties listed by electronic means through the ECF system.

Signature: Susan Heiss