IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| RAYA NSHEIWAT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>　　　　Defendant. | NO. 3:20-cv-00064-RP-HCA<br><br><br>**PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |

　　　　Defendant Walmart, Inc. submits the following Proposed Scheduling Order and Discovery Plan:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  __**x**__ yes _____ no
   ***If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.*** If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:  10/23/2020
2. Deadline for motions to add parties:  11/27/2020
3. Deadline for motions to amend pleadings:  11/27/2020
4. Expert witnesses disclosed by:  a) Plaintiff:  01/29/2021
   　　　　　　　　　　　　　　　　b) Defendant:  03/26/2021
   　　　　　　　　　　　　　　　　c) Plaintiff Rebuttal:  05/28/2021
5. Deadline for ***completion*** of discovery:  08/27/2021
6. Dispositive motions deadline (***at least 150 days before Trial Ready Date***):  09/30/2021
7. Trial Ready Date (***at least 150 days after Dispositive Motions Date***):  02/28/2022
8. Has a jury demand been filed?  __**X**__ yes  _____ no
9. Estimated length of trial:  __**3**__ days
10. Settlement conference (choose one of the following):  (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or
    (b) __**X**__ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?  ____ yes  __**X**__ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?  _____ yes  __**X**__ no

1

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan _____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

   ___   will not be scheduled at this time.

   ___   will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.

   ___   will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ___.m.

**DATED** this _____ day of _____.

 

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT