UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
EASTERN DIVISION

| | |
|---|---|
| RAYA NSHEIWAT<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.<br><br>Defendant. | 3:20-CV-00064-RP-HCA<br><br><br>SCHEDULING AND<br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on September 2, 2020 Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **March 28, 2022** at **9:00 AM** before United States Senior Judge Robert Pratt at the United States Courthouse, Davenport, Iowa. Trial is estimated to take three (3) days.

2. A Final Pretrial Conference shall be held on **March 7, 2022** at **10:00 AM** at the United States Courthouse, Davenport, Iowa, before Chief Magistrate Judge Helen C. Adams.

3. Initial Disclosures shall be made by **October 23, 2020.**

4. Motions to add parties shall be filed by **November 27, 2020**.

5. Motions for leave to amend pleadings shall be filed by **November 27, 2020**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **January 29, 2021**.

7. Defendant shall designate expert witnesses and disclose their written reports by **March 26, 2021**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **May 28, 2021**.

9. Discovery shall be completed by **August 27, 2021**. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **September 30, 2021**.

DATED September 2, 2020.

_Helen C. Adams_
Helen C. Adams
Chief U.S. Magistrate Judge