IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| RAYA NSHEIWAT,<br><br>　　　Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>　　　Defendant. | NO. 3:20-cv-00064-RP-HCA<br><br>**PLAINTIFF RAYA NSHEIWAT'S MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES** |

Plaintiff, RAYA NSHEIWAT, hereby moves to extend the current expert witness disclosure deadlines, and in support states as follows:

1. Plaintiff's expert witness disclosures are due by June 30, 2021. (Dkt. #20)

2. Plaintiff is making the timely disclosure of four expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2): orthopedic surgeon Matthew Bollier, M.D; biomechanical engineer Andrew J. Rentschler, Ph.D.; economic damages witness Kenneth Mathieu, CPA; and premises liability witness Russell J. Kendzior.

3. Plaintiff needs additional time for further expert witness disclosures, however, because she will soon be evaluated by a spine surgeon to determine her further medical treatment, including potential surgery and/or rehabilitation treatment. Although Plaintiff was advised by her treating doctors that she was not a candidate for surgery to help alleviate her symptoms, she recently was advised that, upon further evaluation, it may be determined that she could benefit from surgery.

4. Further, Plaintiff's evaluation and potential course of treatment may provide a

basis for Mr. Mathieu, Plaintiff's damages witness, to determine that Plaintiff will suffer further future economic damages.

5. Plaintiff seeks an additional two months for her expert witness disclosures. The extension sought by Plaintiff will not affect the trial date. Defendant previously acknowledged and confirmed that it will not file a dispositive motion. Trial is currently set for nine months from now, on March 28, 2022. (Dkt. #9) The final pre-trial conference is set for March 7, 2022. (*Id.*)

6. Defendant's expert witness disclosure is set for August 30, 2021, and Plaintiff's rebuttal witness disclosure is set for October 15, 2021. (Dkt. #20) If the Court grants this Motion, the expert disclosure deadlines would be extended to August 31, 2021, October 31, 2021, and December 15, 2021, respectively. Thus, the expert disclosures would be completed more than three months before trial.

7. This Motion is not brought to cause delay in the disposition of this case, but rather to allow Plaintiff to present more complete evidence of her injuries and infirmities resulting from the incident which forms the basis of this case and the damages she has suffered.

WHEREFORE, Plaintiff respectfully requests that the expert disclosure deadlines be extended as set forth herein, and for any further relief which is just.

    Respectfully Submitted.

    **RAYA NSHEIWAT, Plaintiff**

    By: /s/ Gary P. Hollander
        Gary P. Hollander
        Aronberg Goldgehn Davis & Garmisa
        330 N. Wabash Ave, Ste 1700
        Chicago, Illinois 60611
        Telephone: (312) 828-9600
        Facsimile: (312) 828-9635
        E-mail: ghollander@agdglaw.com

and

/s/ Candy K. Pastrnak
Candy K. Pastrnak
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, IA 52801
E-mail: ckpastrnak@pastrnak.com

***ATTORNEYS FOR PLAINTIFF***

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 30, 2021, by:

 ___ U.S. Mail (postage fully prepaid)   ___ FAX
 ___ Hand Delivered   ___ Overnight Courier
 ___ Certified Mail (postage fully prepaid)   __X_Other: **EMAIL**

Signature: /s/ *Gary P. Hollander*

Original to:

Benjamin M. Weston
4401 Westown Parkway, Suite 212
West Des Moines, IA 50266
E-Mail: bweston@lwclawyers.com

***ATTORNEYS FOR DEFENDANT WALMART INC.***