IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| RAYA NSHEIWAT,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC.<br><br>    Defendant. | No. 3:20-cv-00064-RGE-HCA<br><br>TRIAL<br>WITNESS LIST |

## GOVERNMENT WITNESSES

| NAME | DATE | TIME | |
|---|---|---|---|
| | | START | STOP |
| **Justin Matthew Anderson** | **10/15/2024** | **2:27 p.m.** | **3:23 p.m.** |
| Direct | | 2:27 p.m. | 3:03 p.m. |
| Cross | | 3:05 p.m. | 3:20 p.m. |
| Re-direct | | 3:20 p.m. | 3:23 p.m. |
| Re-cross | | - | - |
| **Justin Kotaska** | **10/15/2024** | **3:25 p.m.** | **4:16 p.m.** |
| Direct | | 3:25 p.m. | 3:40 p.m. |
| Cross | | 4:14 p.m. | 4:15 p.m. |
| Re-direct | | 4:15 p.m. | 4:16 p.m. |
| Re-cross | | - | - |
| **Antonio Almanza** | **10/15/2024** | **4:18 p.m.** | **4:36 p.m.** |
| Direct | | 4:18 p.m. | 4:35 p.m. |
| Cross | | 4:35 p.m. | 4:36 p.m. |
| Re-direct | | - | - |
| **Shalabh Kumar** | **10/16/2024** | **8:34 a.m.** | **8:53 a.m.** |
| Direct | | 8:34 a.m. | 8:42 a.m. |
| Cross | | 8:42 a.m. | 8:51 a.m. |

| | | | |
|---|---|---|---|
| Re-direct | | 8:51 a.m. | 8:52 a.m. |
| Re-cross | | - | - |
| Court colloquy | | 8:52 a.m. | 8:53 a.m. |
| Re-re-direct | | - | - |
| Re-re-cross | | - | - |
| **Jasmine Butler** | **10/16/2024** | **9:36 a.m.** | **11:04 a.m.** |
| Direct | | 9:36 a.m. | 10:29 a.m. |
| Cross | | 10:39 a.m. | 11:00 a.m. |
| Re-direct | | 11:00 a.m. | 11:04 a.m. |
| Re-cross | | - | - |
| **Raya Nsheiwat** | **10/16/2024** | **12:04 p.m.** | **3:59 p.m.** |
| Direct | | 12:04 p.m. | 12:30 p.m. |
| Direct, continued | | 1:11 p.m. | 1:54 p.m. |
| Cross | | 1:56 p.m. | 2:28 p.m. |
| Cross, continued | | 3:06 p.m. | 3:47 p.m. |
| Re-direct | | 3:47 p.,m. | 3:59 p.m. |
| Re-cross | | - | - |
| **Daniel Cosner** | | **4:16 p.m., 10/16/24** | **9:20 a.m., 10/17/24** |
| Direct | **10/16/2024** | 4:16 p.m. | 4:34 p.m. |
| Direct, continued | **10/17/2024** | 9:17 a.m. | 9:19 a.m. |
| Cross | | 9:19 a.m. | 9:20 a.m. |
| Re-direct | | - | - |

## DEFENSE WITNESSES

| NAME | DATE | TIME | |
| | | START | STOP |
|---|---|---|---|
| No witnesses | | | |