IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| RAYA NSHEIWAT, | |
| Plaintiff, | **No. 3:20-cv-00064-RGE-HCA** |
| v. | **TRIAL**<br>**EXHIBIT LIST** |
| WALMART, INC., | |
| Defendant. | |

# PLAINTIFF EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| P30A | Video 1A – Surveillance Right Side Video | X | X | | X | | | 10/15/2024 |
| P30B | Video 1B – Surveillance Left Side Video | X | X | | X | | | 10/15/2024 |
| P31 | Video 2 – Surveillance Video | X | X | | X | | | 10/15/2024 |
| P32 | Video 3 – Surveillance Video | X | X | | X | | | 10/15/2024 |
| *P33* | *Video 4 – Surveillance Video – Exhibit admitted on 10/15/2024, withdrawn on 10/17/2024* | *X* | *X* | | *X* | | | *10/15/2024* |
| P44 | Picture of Incident Report and Hanger | X | X | | X | | | 10/15/2024 |
| P411 | Aerial View of Walmart's Parking Lot | X | X | | X | | | 10/15/2024 |
| P507 | Customer Incident Report – WM 001-004 | X | X | | X | | | 10/15/2024 |
| P508 | Walmart Parking Lot Policies and Procedures | X | X | | X | | | 10/16/2024 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

## DEFENDANT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| D174 | Store Incident Photos | X | X | | X | | | 10/15/2024 |
| D174A | Store Incident Photo WM 005 | X | X | | X | | | 10/15/2024 |
| D174B | Store Incident Photo WM 006 | X | X | | X | | | 10/15/2024 |
| D174C | Store Incident Photo WM 007 | X | X | | X | | | 10/15/2024 |
| D174D | Store Incident Photo WM 008 | X | X | | X | | | 10/15/2024 |
| D174E | Store Incident Photo WM 009 | X | X | | X | | | 10/15/2024 |
| D174F | Store Incident Photo WM 010 | X | X | | X | | | 10/15/2024 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order